

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NICOLAS FIBELA, | § | No. 08-23-00165-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| KAREN M. WOOD, | § | El Paso County, Texas |
| Appellee. | § | (TC# 2019DCV1242) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF DECEMBER 2023.


LISA J. SOTO, Justice


Before, Palafox, and Soto, JJ., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.), sitting by assignment